Law Offices of

**Donald J. Yannella**

A NY Professional Corporation

**Email: nynjcrimlawyer@gmail.com**

**Tel: (212) 226-2883**

**Fax: (646) 430-8379**

**NJ address:**
135 Prospect Street
Ridgewood, NJ 07450

**NY address:**
52 Duane Street, 7th floor
New York, NY 10007

September 9, 2026

Hon. Jesse M. Furman
United States District Judge
500 Pearl Street
New York, NY 10007

Re: United States v Anthony Torres, 26 Cr 112 (JMF)

Dear Judge Furman:

I am a member of the CJA Panel for the Southern District of New York, and I respectfully request that I be assigned to represent Anthony Torres in the above-captioned revocation proceedings. Mr. Torres is unrepresented in 26 Cr. 112, a matter that was transferred to the Southern District of New York from the District of Puerto Rico.

On my CJA Duty Day, June 30, 2026, I was assigned to represent Mr. Torres at his presentment on a new indictment, 26 Cr. 243 (JMF). Mr. Torres consented to detention and has been detained at MDC Brooklyn ever since. His financial circumstances have not changed since he was assigned counsel in that indictment. For 26 Cr. 243, Mr. Torres is scheduled to plead guilty before Your Honor on September 15, 2026.

I received a copy of the specifications in the revocation proceedings for 26 Cr 112 (JMF), and I reviewed them with Mr. Torres. The parties are discussing a potential resolution on both matters, which we would present to Your Honor on September 15, 2026, if I were assigned. Thank you for your courtesy and attention to this matter.

Application GRANTED. The Clerk of Court is directed to terminate Doc. # 4.

SO ORDERED.

September 10, 2026

Respectfully submitted,

/s/

Donald J. Yannella, Esq.