UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>ANTHONY TORRES,<br><br>Defendant. | : | 26-CR-243-2 (JMF)<br>26-CR-112 (JMF)<br><br><u>SCHEDULING ORDER</u> |

JESSE M. FURMAN, United States District Judge:

The Court has been advised that the Defendant may want to enter a change of plea. Accordingly, the parties shall appear for a conference with the Court on **September 23, 2026** at **11:00 a.m.** in **Courtroom 24B** of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007.

In accordance with Section 7(B) of the Court's Individual Rules and Practices for Criminal Cases, defense counsel should, in advance of the proceeding, review with the Defendant — if necessary, with the assistance of an interpreter — any *Pimentel* letter or plea agreement. Additionally, the Defendant should be prepared to give narrative allocutions that incorporate all of the elements of the offense(s) to which the Defendant is pleading guilty. In the interest of clarity and efficiency, the Court encourages counsel to assist the Defendant in writing an allocution that can be read in open court during the plea proceeding.

SO ORDERED.

Dated: September 17, 2026
New York, New York

JESSE M. FURMAN
United States District Judge